1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | MICHAEL G. TIERNEY
Assistant U.S. Attorney
3 | MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
Telephone: (559) 497-4000

6 | Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Citation No. 1:16-po-00069-SAB (Citation #5007030) |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| YING ZHOU | |
| Defendant. | |

On September 29, 2016, co-defendant Jian Zou, Case No. 1:16-po-00068, forfeited collateral in the amount of $175 regarding citation number 5007030.  The United States verified payment through a records inquiry of the Central Violations Bureau on September 30, 2016, and also submitted a Stipulation and Proposed Order to Vacate the trial date as to Ms. Zou and close the matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | Accordingly, the United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:16-po-00069-SAB against YING ZHOU without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 5, 2016

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Michael G. Tierney
MICHAEL G. TIERNEY
Assistant U.S. Attorney

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:16-po-00069-SAB against YING ZHOU be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **October 5, 2016**

UNITED STATES MAGISTRATE JUDGE